1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

9

10
Miroslava Milosevic,

        Plaintiff,

11

        v.

12

13
Ur Mendoza Jaddou; Alejandro Mayorkas;
Merrick B. Garland; Monica Toro,

14

        Defendants.

15

Case No. 3:24-cv-00378-ART-CLB

**ORDER GRANTING**

**Joint Stipulation of Dismissal**

16    The United States of America—on behalf of Federal Defendants, Ur Mendoza

17  Jaddou, Alejandro Mayorkas, Merrick B. Garland, and Monica Toro—and *Pro Se* Plaintiff

18  Miroslava Milosevic, hereby stipulate to the dismissal, without prejudice, of each and every

19  claim alleged in the First Amended Complaint (ECF No. 4), each party to bear its own fees

20  and costs.

21    USCIS has scheduled Milosevic to take an Oath of Allegiance at a naturalization

22  ceremony, which would culminate Milosevic's naturalization on February 7, 2025. The

23  parties seek dismissal of this action to allow USCIS and Milosevic to complete Plaintiff's

24  naturalization process, and to avoid any potential jurisdictional conflicts between the

25  forthcoming ceremony by USCIS and the Court's jurisdiction under 8 U.S.C. § 1447(b).

26  / /

27  / /

28  / /

1     Respectfully submitted this 22nd day of January 2025.

2

3
                                             SUE FAHAMI
                                             Acting United States Attorney

*Miroslava Milosevic*

4
                                             */s/Christian R. Ruiz*

5  MIROSLAVA MILOSEVIC             CHRISTIAN R. RUIZ
  3096 Myles Drive                    Assistant United States Attorney
  Sparks, NV 89434                 *Attorneys for the Federal Defendants*

6  [Miroslavamilosevic9@gmail.com](mailto:Miroslavamilosevic9@gmail.com)
  *Pro Se Plaintiff*

7

8

9

10                                     **IT IS SO ORDERED:**

11

12

13                                     **ANNE R. TRAUM**
                                     **UNITED STATES DISTRICT JUDGE**

14

15                                    **DATED:** January 24, 2025

16

17

18

19

20

21

22

23

24

25

26

27

28

2